UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMARI TARIQ JOHNSON-EL,

                          Plaintiff,

          -against-

NIGEL BALGOBIN, *d/b/a Officer Nigel
Balgobin Badge No. 1240*; DANOPOLI, *d/b/a
Detective of Wallkill Police Department*,

                          Defendants.

19-CV-11255 (CM)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

        Plaintiff filed this notice of removal *pro se*. To proceed with a civil action in this Court, a

plaintiff must either pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee –

or, to request authorization to proceed without prepayment of fees, that is, *in forma pauperis*

("IFP"), submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

        Plaintiff submitted the notice of removal without the filing fees or an IFP application.

Within thirty days of the date of this order, Plaintiff must either pay the $400.00 in fees or submit

the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with

docket number 19-CV-11255 (CM). If the Court grants the IFP application, Plaintiff will be

permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

        The Clerk of Court is directed to assign this matter to my docket, mail a copy of this

order to Plaintiff, and note service on the docket. No summons shall issue at this time. If Plaintiff

complies with this order, the Court shall process the case in accordance with the procedures of

the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the Court

will dismiss the action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 16, 2019
        New York, New York

COLLEEN McMAHON
Chief United States District Judge